**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
　　　　　　　　nring@theurbanlawfirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, <br><br>　　　　　　　　Plaintiffs, <br><br>vs. <br><br>MARBELLA FLOORING, INC., a California corporation; ROBERT IMUS, an individual; and ROBERT OLMOS, an individual, <br><br>　　　　　　　　Defendants. | CASE NO: 2:11-cv-00510-GMN-PAL <br><br> **JUDGMENT** |

　　The above-captioned case came on regularly for hearing on Plaintiffs' Motion for Default Judgment against Defendants, Marbella Flooring, Inc. and Robert Olmos, individually, with the Honorable Gloria M. Navarro, United States District Court Judge, presiding. Pursuant to this Court's findings of fact, conclusions of law, and order on file in this action,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, shall recover from Defendants, Marbella Flooring, Inc. and Robert Olmos, individually, the principal amount of $22,422.76 plus attorney's fees of $11,501.00 together with Plaintiffs' costs of suit in the amount of $791.88 and pre-judgment interest in the amount of $3,645.92 for a total Judgment amount of $38,361.56. Post-Judgment interest shall accrue on the total Judgment amount.

**IT IS SO ORDERED** this 2nd day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:
**THE URBAN LAW FIRM**

By: _____
Nathan R. Ring, Nevada Bar No. 12078

*Counsel for Plaintiffs*